**Valerie E. HINTON, Appellant,**

v.

**Robert GATES, Secretary Department of Defense, National Geo–Spacial Intelligence Agency, Appellee.**

No. 10–3453.

United States Court of Appeals, Eighth Circuit.

Submitted: June 3, 2011.

Filed: June 8, 2011.

Valerie S. Hinton, Little Rock, AR, pro se.

Herman L. Jimerson, St. Louis, MO, for Plaintiff-Appellant.

Christina Bahr Moore, U.S. Attorney's Office, St. Louis, MO, for Defendant-Appellee.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Valerie Hinton appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. After careful de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006), this court affirms on the basis of the district court's well reasoned opinion. *See* 8th Cir. R. 47B.

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.